**SEALED**

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772



FILED
OCT 17 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF [SEALED]

NO. 2:16-SW-0620 CKD

SEALING ORDER

Court: Hon. Carolyn K. Delaney

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all documents filed in connection with the United States of America's application for this search warrant, and any resulting search warrant, and orders shall be filed under seal until further Order of the Court.

Dated: October 13, 2016

CAROLYN K. DELANEY
United States Magistrate Judge

1